# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Western Division

FRATERNITE NOTRE DAME, INC.

                                  Plaintiff,

v.                                                 Case No.: 3:15−cv−50312

                                                        Honorable Philip G. Reinhard

County Of McHenry

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: Settlement conference held on 1/17/2018. Telephonic status hearing set for 2/13/2018 at 1:30 PM. By 2/9/2018 counsel shall provide direct−dial numbers to the Court's operations specialist who will initiate the call. The 2/13/2018 status hearing will be stricken upon the filing of a stipulation to dismiss. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.