# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Western Division

FRATERNITE NOTRE DAME, INC.

                              Plaintiff,

v.                                                                        Case No.: 3:15–cv–50312
                                                                       Honorable Philip G. Reinhard

County Of McHenry

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2018:

       MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 2/13/2018. The parties shall file a written status report by close of business on 2/21/2018 on the status of a settlement. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.