**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**WESTERN DIVISION**

| | |
|---|---|
| FRATERNITÉ NOTRE DAME, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 15 CV 50312 |
| COUNTY OF McHENRY, ) | |
| a body politic and corporate, ) | Judge Reinhard |
| ) | Magistrate Judge Johnston |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiff, Fraternité Notre Dame, Inc., and Defendant, County of McHenry, a body politic and corporate, by their undersigned attorneys, hereby submit this Joint Status Report pursuant to this Court's February 13, 2018 Order.

The parties have engaged in substantial settlement negotiations, which culminated in a term sheet containing the proposed terms on which counsel for the parties have tentatively agreed. On February 15, 2018, counsel for the Defendant discussed those terms with the McHenry County Board. The Board conveyed a consensus to settle on the proposed terms, subject to the clarification of certain items and the opportunity to review a written settlement agreement prior to voting on it.

Counsel for the parties discussed the foregoing on February 20, 2018, and have agreed to prepare a written settlement agreement to be presented to the McHenry County Board at its next regularly-scheduled meeting on March 19, 2018.

Dated: February 21, 2018

AGREED:

/s/ James C. Geoly
Joan E. Ahn
Burke Warren MacKay & Serritella, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, Illinois 60611
Tel:  312-840-7000
Fax: 312-840-7900
*Counsel for Plaintiff*

/s/ George M. Hoffman
Jana Blake Dickson
McHenry County State's Attorney's Office
2200 North Seminary Avenue
Woodstock, Illinois 60098
Tel:  815-334-4159
Fax: 815-337-0872
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, George M. Hoffman, hereby certify that copies of the foregoing **Joint Status Report** were served on:

James C. Geoly
Joan E. Ahn
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, IL 60611

by electronic filing via the ECF system on February 21, 2018.


By: /s/ George M. Hoffman