IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| FRATERNITÉ NOTRE DAME, INC., )<br>)<br>Plaintiff, )<br>v. )<br>) Case No. 15 CV 50312<br>COUNTY OF McHENRY, )<br>a body politic and corporate, ) Magistrate Judge Johnston<br>)<br>Defendant. ) | |

## ORDER

1. A public hearing on the parties' Proposed Consent Decree is set for October 21, 2019 at 10:30 a.m. At this time, the Court will hear comments from members of the public on the Proposed Consent Decree. Comments will be limited to a maximum of five (5) minutes per person.

2. The Court will also consider written comments on the Proposed Consent Decree which are received by the Court no later than October 11, 2019 at 5:00 p.m.

3. Notice of the public hearing and deadline to submit written comments shall be provided as follows:

   a. Defendant will provide published notice in the *Northwest Herald* at least 30 calendar days in advance of the scheduled hearing date.

   b. Defendant will provide mailed notice to all contiguous property owners, property owners abutting the public right-of-way directly across from the subject property, and property owners that comprise any contiguous agricultural conservation and protection areas. Defendant will mail notice at least 30 calendar days in advance of the scheduled hearing date, by certified mail.

   c. Plaintiff will provide posted sign notice at least 30 calendar days in advance of the scheduled hearing date. The sign will remain posted until the commencement of the hearing. The sign will be placed on the principal road frontage and at a prominent location on the property near the public right-of-way.

    d. Defendant will provide mailed notice to the following official bodies. Defendant will mail notice at least 30 calendar days in advance of the scheduled hearing date, by certified mail.

        i. McHenry-Lake County Soil and Water Conservation District;
        ii. McHenry County Conservation District;
        iii. Villages and municipalities within one and one-half (1½) miles of the property;
        iv. Fire protection districts covering the property in question;
        v. School districts covering the property in question, including McHenry County College;
        vi. Highway commissioners and supervisors for the townships in which the property is located;
        vii. Watershed groups with plans that have been accepted or adopted by the County Board covering the property in question;
        viii. Illinois Department of Natural Resources;
        ix. Drainage districts covering the property in question.

    e. Defendant will provide notice by a posting on the McHenry County website, mchenrycountyil.gov, and at the Department of Planning and Development, located at the McHenry County Administration Building, 667 Ware Road, 2nd Floor, Woodstock, IL 60098. The notice will be posted at least 30 calendar days in advance of the scheduled hearing date and will remain posted until the commencement of the hearing.

4. The notice shall include the following information:

    a. The location of the property by street address;

    b. The date, time, and location of the public hearing;

    c. The deadline and mailing address for submitting written comments;

    d. A copy of the Proposed Consent Decree OR directions to the McHenry County website and government center, where a copy of the Proposed Consent Decree will be made available.

5. The parties' request for entry of the Proposed Consent Decree is taken under advisement.

                                      ENTER:

Date: August 16, 2019

                                      Iain D. Johnston
                                      United States Magistrate Judge