# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

Fraternite Notre Dame, Inc.

       Plaintiff,

v.               Case No.: 3:15−cv−50312
                Honorable Iain D. Johnston

County Of McHenry

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2019:

  MINUTE entry before the Honorable Iain D. Johnston: The telephonic status hearing set for 10/8/2019 at 1:30 PM is moved to 2:00 PM the same day. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.