**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Western Division**

Fraternite Notre Dame, Inc.

                                    Plaintiff,

v.                                                          Case No.: 3:15–cv–50312
                                                            Honorable Iain D. Johnston

County Of McHenry

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2019:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 10/8/2019. The public hearing set for 10/21/2019 at 10:30 am remains set. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.